UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. KRIEGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-993 (JCH) (DDN) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The matter is before the Court on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed November 28, 2007. See 28 U.S.C. § 636. In his report, Magistrate Judge Noce recommends that the Court grant Defendant's Motion to Remand (Doc. No. 12) and remand this action, pursuant to Sentence Four of 42 U.S.C. § 405(g), to the Commissioner for further administrative proceedings. Plaintiff has not objected to this recommendation. Upon consideration of the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 13) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Remand is **GRANTED** and that, pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 12th day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE