UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. KRIEGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07-cv-993 JCH |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant, | ) |

## **ORDER**

The matter is before the Court on Defendant's Motion to Alter the Judgment (Doc. No. 20), filed January 29, 2008. In this motion, Defendant asserts that the Court erroneously awarded $2,430.19 in attorney's fees instead of 1,985.76. (Id.). After reviewing the record, the Court agrees.

Accordingly,

**IT IS HEREBY ORDERED** Defendant's Motion to Alter (Doc. No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Order of January 7, 2008 (Doc. No. 19) is **VACATED** in part.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay the EAJA attorney fees in the amount of $1985.76, and that award shall be made payable to Plaintiff William Kriegel.

Dated this 30th day of January, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE